# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SUCHANDRIMA MUKHERJEE,           )     No. CV 07-4384-PLA
                                 )
               Plaintiff,        )
                                 )
        v.                       )     **JUDGMENT**
                                 )
MICHAEL J. ASTRUE,               )
COMMISSIONER OF SOCIAL           )
SECURITY ADMINISTRATION,         )
                                 )
               Defendant.        )
_____)

        In accordance with the Memorandum Opinion filed concurrently herewith,

        IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

Security Administration, is reversed and this case is remanded for further administrative

proceedings consistent with the Memorandum Opinion.

DATED: August 21, 2009

                                        _____
                                                 PAUL L. ABRAMS
                                        UNITED STATES MAGISTRATE JUDGE