1  Brian C. Shapiro
   Attorney at Law: 192789
2  «Office_Name»
   «Address_1»
3  «Address_2»
   «Telephone»
4  «Facsimile»
   E-mail: brian_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff SUCHANDRIMA MUKHERJEE
6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **WESTERN DIVISION**

11 | SUCHANDRIMA MUKHERJEE,       ) Case No.: CV 07-4384-PLA
                                  )
12 |        Plaintiff,            ) ORDER AWARDING EQUAL
                                  ) ACCESS TO JUSTICE ACT
13 |   vs.                        ) ATTORNEY FEES PURSUANT TO
                                  ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,           )
     Commissioner of Social Security, )
15 |                              )
            Defendant.            )
16 |_____)

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20  amount of three thousand three hundred fifty dollars, ($3,350), as authorized by 28

21  U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22  DATE:    October 29, 2009

23                                        _____
                                          THE HONORABLE PAUL L. ABRAMS
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

-1-